**Debevoise & Plimpton**

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

Helen V. Cantwell
Partner
hcantwell@debevoise.com
+1 212 909 6312

February 9, 2024

VIA ECF

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

**Re:** *United States v. William Tomita*, **22 Cr. 231 (LTS)**

Dear Judge Swain:

    I represent defendant William Tomita in the above-captioned matter. I write to respectfully request the Court's permission for Mr. Tomita to travel to Japan, in particular Tokyo, Japan and the Osaka, Japan area, during the period from February 18 to February 28, 2024. The purpose of the trip would be for Mr. Tomita to visit his grandmother, who turned 100 this past fall. Once in Japan, Mr. Tomita also plans to isolate for a period of days before visiting his grandmother in order to reduce the risk of COVID transmission.

    Mr. Tomita's conditions of release permit him to travel in the continental United States and require him to surrender any passports. This request seeks permission for him to travel to Tokyo, Japan via a direct flight leaving from the continental United States; to travel in Japan while he is there, including between Tokyo and Osaka by train; to return to the continental United States via a direct flight at the conclusion of his trip; and to have his U.S. and Japanese passports temporarily returned to him prior to his travel. Mr. Tomita would travel from the United States on February 18 and return to the United States on February 28. Mr. Tomita would return his passports to Pretrial Services within 48 hours of his arrival in New York on the following day, February 29.

    I have conferred with the U.S. Attorney's Office regarding this request, and they have advised me that they do not object. Pretrial Services has also informed Mr. Tomita that they do not object to the travel proposed here.

    I respectfully request that the Court endorse this letter to permit Mr. Tomita to travel as proposed.

Respectfully submitted,

*/s/ Helen V. Cantwell*

Helen V. Cantwell

---

The foregoing request is granted. Pretrial Services is respectfully directed to return Mr. Tomita's passport temporarily to facilitate his travel to Japan. This resolves docket entry no. 31. SO ORDERED.

Dated: February 12, 2024
/s/ Laura Taylor Swain, Chief U.S.D.J.