

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 2, 2024

**VIA ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:   *United States v. William Tomita*, S1 22 Cr. 231 (LTS)

Dear Chief Judge Swain:

      The Government respectfully writes to request that the Court adjourn the sentencing control date currently set for May 3, 2024, in the above-captioned case. On April 22, 2022, William Tomita, the defendant, pled guilty, pursuant to a cooperation agreement with the Government, before Your Honor to all five counts contained in Information S1 22 Cr. 231 (LTS). Consistent with that cooperation agreement, Tomita is expected to testify at trial in *United States v. Hwang, et al.*, No. 22 Cr. 240 (AKH), which is currently scheduled to commence on May 8, 2024. In light of that pending trial date, the Government respectfully requests that the sentencing control date in this matter be adjourned to October 11, 2024, at 3:00 p.m., which the Government understands to be a convenient date and time for the Court.

| | |
|---|---|
| The foregoing request is granted.  The sentencing control date for this case is adjourned to October 11, 2024, at 3:00 p.m.  This resolves docket entry no. 35.  SO ORDERED.<br><br>Dated: May 3, 2024<br>/s/ Laura Taylor Swain, Chief U.S.D.J. | Respectfully submitted,<br><br>DAMIAN WILLIAMS<br>United States Attorney for the<br>Southern District of New York<br><br>By:   s/Matthew Podolsky_____<br>       Matthew Podolsky<br>       Alexandra Rothman<br>       Samuel P. Rothschild<br>       Andrew Thomas<br>       Assistant United States Attorneys<br>       Tel.: (212) 637-1947/2580/2504/2106 |