

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 10, 2024

<u>VIA ECF</u>

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. William Tomita*, S1 22 Cr. 231 (LTS)

Dear Chief Judge Swain:

    The Government respectfully writes to request that the Court adjourn the sentencing control date currently set for October 11, 2024, in the above-captioned case. On April 22, 2022, William Tomita, the defendant, pled guilty, pursuant to a cooperation agreement with the Government, before Your Honor to all five counts contained in Information S1 22 Cr. 231 (LTS). Consistent with that cooperation agreement, Tomita testified at trial in June 2024 in *United States v. Hwang, et al.*, No. 22 Cr. 240 (AKH). Both trial defendants, Bill (Sung Kook) Hwang and Patrick Halligan, were convicted at trial and are currently scheduled to be sentenced no later than mid-November 2024. In light of that pending sentencing date, the Government respectfully requests that the sentencing control date in this matter be adjourned to April 25, 2025, at 2:00 p.m., which the Government understands to be a convenient date and time for the Court.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:    <u>s/ Matthew Podolsky</u>
    Matthew Podolsky
    Alexandra Rothman
    Samuel P. Rothschild
    Andrew Thomas
    Assistant United States Attorneys
    Tel.: (212) 637-1947/2580/2504/2106