

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 22, 2025

**VIA ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. William Tomita*, S1 22 Cr. 231 (LTS)

Dear Chief Judge Swain:

    The Government respectfully writes, with the consent of defense counsel, to request that the Court adjourn the sentencing control date currently set for April 25, 2025, in the above-captioned case. The Government further requests that the Court order the Presentence Investigation Report for the defendant, and that sentencing in this matter be scheduled for a date in October 2025, that is convenient for the Court.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By:    s/ Alexandra Rothman
    Alexandra Rothman
    Assistant United States Attorney
    Tel.: (212) 637-2580