UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                  No.   22-CR-231-2-LTS

WILLIAM TOMITA,

        Defendant.

-------------------------------------------------------x

## ORDER

The sentencing currently scheduled for October 17, 2025 is hereby adjourned to **October 21, 2025 at 10:30 a.m.** in courtroom 17C.

SO ORDERED.

Dated: New York, New York
       September 16, 2025

                                                      /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge