

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

October 22, 2025

VIA ECF
The Honorable Laura T. Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. William Tomita*, No. 22-cr-231 (LTS)

Dear Chief Judge Swain:

    We submit this letter on behalf of William Tomita to respectfully request that Your Honor order Pretrial Services to return to Mr. Tomita his U.S. passport, Japanese passport, and Global Entry card. The passports and Global Entry card are currently in the possession of Pretrial Services in the Southern District of Florida. The Government confirmed during the sentencing proceeding on October 21, 2025 that it has no objection to these requests.

Respectfully submitted,

*/s/ Helen V. Cantwell*
Helen V. Cantwell
Douglas S. Zolkind
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, New York, 10001
Telephone: (212) 909-6000

*Attorneys for William Tomita*

Cc:   AUSA Alexandra Rothman (by ECF)
       AUSA Andrew Thomas (by ECF)

The foregoing request is granted. The Probation Office is respectfully ordered to facilitate the return of Mr. Tomita's U.S. passport, Japanese passport, and Global Entry card by Pretrial Services of the Southern District of Florida. This order resolves docket entry no. 73.

SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: October 24, 2025