**Debevoise & Plimpton**

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

December 2, 2025

<u>VIA ECF</u>

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. William Tomita*, **22-cr-231 (LTS)**

Dear Chief Judge Swain:

We submit this letter on behalf of William Tomita, and with the consent of the Government and Probation, to respectfully request two modifications of Mr. Tomita's conditions of supervised release. Mr. Tomita's professional obligations in connection with his art gallery require him to travel regularly to meet with artists, museums, and collectors across the country. Additionally, Mr. Tomita wishes to visit his family in Japan at least once per year to maintain his strong personal bond with his relatives and their homeland. Accordingly, we request that the Court modify the conditions of his supervised release to permit Mr. Tomita to:

- Travel for work-related reasons anywhere within the United States (i.e., all 50 states and the District of Columbia), provided he gives at least 72 hours' advance notice to Probation and they do not object.

- Travel to Japan for periods not to exceed 30 days per trip, provided he gives at least 14 days' advance notice and a detailed itinerary to Probation and they do not object.

Mr. Tomita has complied with all conditions of his supervised release to date, including timely reporting to and communication with Probation. We have conferred with Probation Officer Grice, and with the Government, all of whom consent to these requests.

Respectfully submitted,

*/s/ Helen V. Cantwell*
Helen V. Cantwell
Douglas S. Zolkind
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000

*Attorneys for William Tomita*

1

December 2, 2025

Cc:   AUSA Alexandra Rothman (by ECF)
      AUSA Andrew Thomas (by ECF)
      Probation Officer Grice (by email)

The foregoing request is granted.  This order resolves docket entry no. 81.

SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: December 2, 2025