**Debevoise
&Plimpton**

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

April 21, 2026

VIA ECF

The Honorable Laura Taylor Swain          **MEMO ENDORSED**
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**    *United States v. William Tomita*, **22-cr-231 (LTS)**

Dear Chief Judge Swain:

We submit this letter on behalf of Will Tomita to respectfully request two modifications to Mr. Tomita's conditions of supervised release, with the consent of Probation and the Government. Specifically, as set forth below, Mr. Tomita wishes to be able to travel internationally without seeking leave of the Court prior to each trip, and seeks the flexibility to complete his entire 240 hours of required community service at an earlier point in time, rather than being required to complete 80 hours per year during his three-year period of supervised release.

Mr. Tomita's art gallery has begun to achieve a measure of early success. As a result, his professional obligations require him to travel internationally—including to South Korea, Colombia, Costa Rica, and France—to attend art fairs and meet with artists, museums, and collectors. We therefore request that the Court modify the conditions of his supervised release to permit Mr. Tomita to travel internationally for periods not to exceed 30 days per trip, provided he gives at least 14 days' advance notice and a detailed itinerary to Probation and they do not object.

Second, given the unpredictable nature of his professional schedule, Mr. Tomita seeks the flexibility to complete his 240-hour community service requirement at an earlier point in time, rather than the current requirement of 80 hours per year for three years. Accordingly, we request that the Court modify the conditions of his supervised release to require Mr. Tomita to complete at least 80 hours of community service per year until such time as he has completed 240 hours in total, at which point he shall have no further community service requirement.

1

April 21, 2025

Mr. Tomita has complied with all conditions of his supervised release to date, including timely reporting to and communication with Probation. We have conferred with Probation Officer Grice, who confirmed that the Probation Office consents to these requests, and with AUSA Andrew Thomas, who confirmed that the Government likewise consents.

Respectfully submitted,

/s/ Helen V. Cantwell
Helen V. Cantwell
Douglas S. Zolkind
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, New York 10001
Telephone: (212) 909-6000

*Attorneys for William Tomita*

Cc:    AUSA Andrew Thomas (by ECF)
       Probation Officer Grice (by email)

The foregoing request is granted in part and denied in part. Mr. Tomita's conditions of supervised release are hereby modified such that he may travel internationally without seeking leave of the Court prior to each trip provided that he not exceed 30 days per trip and gives at least 14 days' advance notice and a detailed itinerary to Probation and they do not object. All other conditions remain unchanged, and Mr. Tomita must complete 80 hours of community service per year of supervision in a program or programs approved by Probation that are focused on direct human services to lower income members of the community. This order resolves docket entry no. 83.

SO ORDERED.
/s/Laura Taylor Swain, Chief U.S.D.J.
Dated: April 22, 2026